UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY ASKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 23 C 50004 |
| v. | ) | |
| | ) | Judge Johnston |
| KENNETH YINGLING, *et al.*, | ) | Magistrate Judge Jensen |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

UNITED STATES' NOTICE OF SUBPOENA
TO HUNTER STAR PROPERTIES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 45

was sent by electronic mail on June 26, 2024:

    Jon Loevy
    Quinn K. Rallins
    Loevy & Loevy
    311 N. Aberdeen St.
    Chicago, IL 60607,
    jon@loevy.com
    rallins@loevy.com
    *Counsel for Plaintiff Kimberly Aska*

    Natalie Y. Adeeyo
    Shneur Z. Nathan
    Avi T. Kamionski
    Nathan & Kamionski LLP
    33 West Monroe, Suite 1830
    Chicago, Illinois 60605
    snathan@nklawllp.com
    akamionski@nklawllp.com
    *Counsel for Defendant Ken Yingling*

    Michael J. Victor
    Ian M. White
    IFMK Law, Ltd.

650 Dundee Road, Ste. 475
Northbrook, IL 60062
mvictor@ifmklaw.com
iwhite@ifmklaw.com
*Counsel for City of DeKalb,*
*Unknown City of DeKalb Officers,*
*Todd Wells, Jason Goodwin, Kaela Gardner,*
*Jorge Abonce, Maxwell Paul,*
*Bryan Soderstrom, and Chris Sullivan*

Matthew D. Tanner
Ashley Roeser
Roeser Tanner & Graham LLC
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606
mtanner@rtglaw.com
aroeser@rtglaw.com
*Counsel for Defendant Michael Schulte*

Rachel A. Katz
Anthony J. Masciopinto
Kulwin, Masciopinto & Kulwin, LLP.
161 N. Clark Street, #2500
Chicago, Illinois 60605
Rkatz@kmklawllp.com
Amasciopinto@kmklawllp.com
*Counsel for Defendant Matthew Montemayor*

                                                                  s/ Jana L. Brady
                                                                  JANA L. BRADY
                                                                  Assistant United States Attorney
                                                                  327 South Church Street, Suite 3300
                                                                  Rockford, Illinois 61101
                                                                  (815) 987-4444
                                                                  jana.brady@usdoj.gov