# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Kimberly Aska

                                        Plaintiff,

v.                                                           Case No.: 3:23−cv−50004

                                                                              Honorable Iain D. Johnston

Unknown Officers of the United States Marshals Service, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2025:

    MINUTE entry before the Honorable Margaret J. Schneider: Defendants Yingling and Montemayer's Motion for Leave to File Oversized Reply Memorandum in Support of Summary Judgment, Instanter [266] is granted. Defendants are directed to file their reply memorandum in a separate docket entry. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.